1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    TAJOHN HASINI JARRED SWABY,                    No.  1:23-cv-01392-WBS-EPG (HC)

12                    Petitioner,                    ORDER ADOPTING FINDINGS AND
                                                     RECOMMENDATIONS, GRANTING
13           v.                                      RESPONDENT'S MOTION TO DISMISS,
                                                     DISMISSING PETITION FOR WRIT OF
14    MERRICK B. GARLAND, et al.,                    HABEAS CORPUS, AND DIRECTING
                                                     CLERK OF COURT TO CLOSE CASE
15                    Respondents.
                                                     (ECF Nos. 25, 28)
16

17

18           Petitioner Tajohn Hasini Jarred Swaby is proceeding *pro se* with a petition for writ of

19    habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States

20    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21           On January 11, 2024,[1] the assigned Magistrate Judge issued findings and recommendation

22    that recommended granting Respondent's motion to dismiss and dismissing the petition as moot.

23    (ECF No. 28.) The findings and recommendations were served on the parties[2] and contained

24    notice that any objections were to be filed within thirty (30) days of the date of service of the

25    findings and recommendations. (*Id.*) To date, no objections have been filed, and the time for

26    doing so has passed.

_____

[1] The findings and recommendations were signed on January 10, 2024, but were not docketed until January 11, 2024.
[2] Absent notice of a party's change of address, service of documents at the prior address of the party is fully effective.
Local Rule 182(f).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court holds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1.   The findings and recommendations issued on January 11, 2024 (ECF No. 28) are adopted in full;

2.   Respondent's motion to dismiss (ECF No. 25) is granted;

3.   The petition for writ of habeas corpus is dismissed;

4.   The court declines to issue a certificate of appealability for the reasons set forth in the Magistrate Judge's findings and recommendation; and

5.   The Clerk of Court is directed to close the case.

Dated:  April 5, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE